UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLETUS WILLIAMS, #206039,

        Plaintiff,

v.                        CASE NO. 2:10-CV-11129
                        HONORABLE LAWRENCE P. ZATKOFF

PATRICIA CARUSO, ET AL.,

        Defendants.
_____/

**ORDER DENYING PLAINTIFF'S MOTION
FOR A CERTIFICATE OF APPEALABILITY**

Before the Court is Plaintiff's motion for a certificate of appealability concerning the Court's summary dismissal of his civil rights complaint brought pursuant to 42 U.S.C. § 1983. The Court dismissed the complaint under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A for failure to state a claim upon which relief may be granted under § 1983. The Court also concluded that an appeal could not be taken in good faith. Plaintiff wishes to appeal the Court's decision to the United States Court of Appeals for the Sixth Circuit.

However, a motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Plaintiff has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3). The Court did not err in dismissing the complaint or

in concluding that an appeal could not be taken in good faith.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion is **DENIED**.


                                                s/Lawrence P. Zatkoff  
                                                LAWRENCE P. ZATKOFF  
                                                UNITED STATES DISTRICT JUDGE

Dated: June 10, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on June 10, 2010.


                                                s/Marie E. Verlinde  
                                                Case Manager  
                                                (810) 984-3290